USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ALFREDO GANDO AMAT, et al.,

                Plaintiffs,

v.

HAND TO HAND EXPRESS, et al.,

                Defendants.

21-CV-1564 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court's most recent order of June 21, 2021 noted that Defendants had yet to appear in this action and adjourned the initial pre-trial conference *sine die*. The order further directed Plaintiffs to file a status update on or before July 6, 2021. *See* Dkts. 6, 7. Plaintiffs have not filed a status update, nor have they submitted affidavits of service indicating that they served the Court's orders at Dkts. 6 and 7 on Defendants, as directed by the Court in those orders.

      No later than July 21, 2021, Plaintiffs are directed to (1) serve upon the Defendants a copy of this order, as well as the prior two orders at Dkts. 6 and 7; (2) file an affidavit of such service; and (3) submit a status update, including whether they intend to apply for default judgment. Failure to comply with this order will result in dismissal of this action without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated:    July 13, 2021
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge