UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/23/2021
```

JUAN ALFREDO GANDO AMAT, et al.,

           Plaintiffs,

v.

HAND TO HAND EXPRESS, et al.,

           Defendants.

21-CV-1564 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 13, 2021, the Court directed Plaintiffs to serve several court orders on Defendants, to file an affidavit of service, and to submit a status update including whether they intend to move for default judgment. Dkt. 8. Plaintiffs have completed service of the court orders, Dkt. 9, but have not yet filed an update on the status of this litigation. They shall do so no later than September 8, 2021, including an update on whether they are in communication with Defendants and a proposed date by which they will move for default judgment if Defendants continue not to appear in this action.

SO ORDERED.

Dated:    August 23, 2021
           New York, New York

                                      Ronnie Abrams
                                      United States District Judge