USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ALFREDO GANDO AMAT, et al.,

                Plaintiffs,

v.

HAND TO HAND EXPRESS, et al.,

                Defendant.

21-CV-1564 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On September 9, 2021, Defendants filed a motion to transfer this action to the District of New Jersey. Dkt. 13. The motion asserts that transfer is warranted because the action arises out of a vehicle collision that took place in New Jersey, both Defendants are domiciled in New Jersey, and the case will require the testimony of New Jersey-based witnesses.

    No later than October 8, 2021, Plaintiffs shall file a letter advising the Court whether they consent to transfer or oppose the motion and, if so, what the basis is for venue being proper in this District. *See* 28 U.S.C. § 1391(b) ("A civil action may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; [or] (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated."); *Rao v. Thuo*, No. 20-CV-3582 (DG), 2021 WL 980884, at *2 (E.D.N.Y. Mar. 16, 2021) ("Because all Defendants are alleged to be residents of Massachusetts and the motor vehicle accident is alleged to have occurred in Massachusetts, venue is proper in the District of Massachusetts, not the Eastern District of New York.").

SO ORDERED.

Dated:    September 24, 2021
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge